# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:07CR164 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOHN AGUINIGA, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on the defendant's oral motion for mileage reimbursement and authorized per diem to the defendant. The defendant is indigent and is in need of mileage reimbursement and authorized per diem, and the Court finds said motion should be granted.

**IT IS SO ORDERED:**

1. The defendant's oral motion is granted.

2. The U.S. Marshal shall provide mileage reimbursement for the defendant from Omaha, Nebraska to Rapid City, South Dakota, and an amount of money for subsistence, not to exceed the authorized per diem.

DATED this 16th day of October, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge