IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
08 JAN 14 PM 2: 14
OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:07CR164 |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| v. | ) | |
| JOHN AGUINIGA, | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Defendant's Motion for Mileage Reimbursement. Defendant is indigent and is in need of mileage reimbursement, and the Court finds said motion should be granted.

ACCORDINGLY, IT IS SO ORDERED:

1. The Defendant's motion is granted, and;

2. That the U.S. Marshal shall provide mileage reimbursement for Defendant from Omaha, Nebraska to Rapid City, South Dakota, and an amount of money for subsistence, not to exceed the authorized per diem.

DATED this 14 day of January, 2008.

BY THE COURT:

HON. LAURIE SMITH CAMP, District Judge
United States District Court