# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:07CR164 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| JOHN AGUINIGA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's unopposed motion to extend the Defendant's self surrender date (Filing No. 52).

IT IS ORDERED:

1. The Defendant's motion to extend the Defendant's self surrender date (Filing No. 52) is granted;

2. The Defendant shall report no later than 2:00 p.m. on Friday, April 11, 2008, to the institution designated by the U.S. Bureau of Prisons; and

3. The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

DATED this 10th day of March, 2008.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge